IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*,<br><br>and<br><br>MSN PHARMACEUTICALS, INC., *et al.*,<br><br>*Intervenor-Defendants*. | Civil Action No. 1:24-cv-02234-DLF |

**NOTICE, PROPOSED BRIEFING SCHEDULE,
AND REQUEST FOR STATUS CONFERENCE**

In response to the Court's Memorandum Opinion and Order denying Novartis's Motion for Temporary Restraining Order and/or Preliminary Injunction, and in keeping with the Court's "commit[ment] to resolving the merits on an expedited basis—within the next 60 days or less," ECF No. 23 at 7, Novartis submits this notice to notify the Court that it is prepared to litigate the case in an accelerated manner to ensure a merits decision may be rendered by October 12, 2024.

Novartis proposes that the Food and Drug Administration (FDA) promptly produce the administrative record, and the parties file cross-motions for summary judgment on the issues raised in Novartis's Verified Complaint, as follows:

- Administrative Record produced and Certified Index filed: August 20, 2024;

- Novartis's Motion for Summary Judgment:  August 30, 2024;

- Defendants' Cross-Motions for Summary Judgment and Oppositions to Novartis's Motion for Summary Judgment:  September 10, 2024;

- Novartis's Opposition to Defendants' Cross-Motions and Reply in Support of Novartis's Motion for Summary Judgment:  September 17, 2024;

- Defendants' Replies in Support of Cross-Motions for Summary Judgment:  September 24, 2024;

- Joint Appendix filed:  September 25, 2024;

- Argument:  September 26, 2024, or September 30, 2024.

Novartis further proposes that the parties submit the joint appendix one business day prior to argument, or on a date of the Court's choosing.

On the evening of August 13, shortly after receiving the Court's ruling, counsel for Novartis proposed to counsel for Defendants the briefing schedule outlined above and requested a response by 10 AM today, in light of the 24-hour window afforded for an emergency appeal. Counsel for Novartis explained that the proposed schedule and timeline for response would allow Novartis to assess whether expedited litigation in this Court may lessen the need to seek immediate review in the D.C. Circuit.

Neither counsel for the Federal Defendants nor counsel for the MSN intervenors have responded other than to say that they hope to respond by mid-day.

An Order from this Court approving this proposed schedule will inform whether Novartis will pursue an emergency appeal.  If the Court is unable to issue such an order before the administrative stay expires this evening, Novartis respectfully requests a 24-hour extension of the administrative stay, through 6 PM on Thursday, August 15.  That temporary extension would be consistent with the Delaware court's order directing the parties in the patent litigation to maintain

the status quo until at least the afternoon of August 15, ECF No. 21-1, and it will allow Novartis to assess whether expedited litigation in this Court may lessen the need to seek immediate review in the D.C. Circuit. Counsel for Novartis also is available for a status conference this afternoon if that would be of assistance to the Court.

                                                      Respectfully submitted,

                                                      */s/ Catherine E. Stetson*
Catherine E. Stetson (D.C. Bar No. 453221)
Susan M. Cook (D.C. Bar No. 462978)
Marlan Golden (D.C. Bar. No. 1673073)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5491
Facsimile: (202) 637-5910
cate.stetson@hoganlovells.com

Dated: August 14, 2024                    *Attorneys for Novartis Pharmaceuticals Corporation*