IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> *Plaintiff*, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants*, <br><br> and <br><br> MSN PHARMACEUTICALS, INC., *et al.*, <br><br> *Intervenor-Defendants*. | Civil Action No. 1:24-cv-02234-DLF |

**NOVARTIS'S NOTICE OF INTENT TO SEEK APPELLATE REVIEW**

Novartis submits this notice to inform the Court and the parties that it intends to exercise its right to seek appellate review of the denial of its request for immediate injunctive relief. Novartis greatly appreciates the Court's commitment to accelerate its decision on the merits. And mindful of parallel patent litigation also proceeding on an emergency basis, counsel for Novartis had hoped to avoid further drawing on appellate resources unless it became absolutely necessary. Facing continued uncertainty as to MSN's launch, however, Novartis believes it is necessary to seek relief in the D.C. Circuit. In keeping with the Court's "commit[ment] to resolving the merits on an expedited basis—within the next 60 days or less," ECF No. 23 at 7, and the outcome of the immediate appeal notwithstanding, Novartis remains ready to proceed to expedited summary

judgment briefing to ensure a merits decision may be rendered by October 12, 2024, pursuant to the briefing schedule this Court ultimately adopts.

                         Respectfully submitted,

                         */s/ Catherine E. Stetson*
                         Catherine E. Stetson (D.C. Bar No. 453221)
                         Susan M. Cook (D.C. Bar No. 462978)
                         Marlan Golden (D.C. Bar. No. 1673073)
                         HOGAN LOVELLS US LLP
                         555 Thirteenth Street, NW
                         Washington, DC 20004
                         Telephone: (202) 637-5491
                         Facsimile: (202) 637-5910
                         cate.stetson@hoganlovells.com

Dated:  August 15, 2024            *Attorneys for Novartis Pharmaceuticals Corporation*