UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>　　　　　　　　　　Defendants,<br><br>　and<br><br>MSN PHARMACEUTICALS INC., *et al.*,<br><br>　　　　　　　　　Intervenor-Defendants. | No. 1:24-cv-02234-DLF |

**Joint Motion for Entry of Stipulated Protective Order**

Pursuant to Federal Rule of Civil Procedure 26(c), the parties jointly move for the entry of a protective order in this case. The parties agree on the contents of that order, and a copy of their proposed Stipulated Protective Order is attached to this motion.

The Court may, for good cause, issue a protective order governing the disclosure of information produced in litigation. *See* Fed. R. Civ. P. 26(c)(1); *see also Klayman v. Judicial Watch, Inc.*, 247 F.R.D. 19, 23 (D.D.C. 2007).

Good cause exists to enter a protective order here. Because this case arises under the Administrative Procedure Act, review will be on the administrative record of the U.S. Food and Drug Administration's ("FDA") challenged approval of Intervenor-

Defendant MSN Pharmaceuticals Inc.'s ("MSN") abbreviated new drug application for generic sacubitril/valsartan and FDA's denial of Plaintiff Novartis Pharmaceuticals Corporation's ("Novartis") citizen petitions, Dkt. Nos. FDA-2019-P-1893 and FDA-2022-P-2228. The documents contained in the record include materials that were submitted to FDA by MSN and Novartis and constitute confidential commercial information ("CCI"), trade secret information, and/or information that may be protected by the Privacy Act. FDA is obligated by statute and regulation to maintain the confidentiality of such information. *See, e.g.*, 5 U.S.C. § 552a; 18 U.S.C. § 1905; 21 U.S.C. § 331(j); 21 C.F.R. § 20.61(c); 21 C.F.R. § 314.430. The administrative record may also contain information exempted from disclosure pursuant to 5 U.S.C. § 552(b).

Entry of the proposed Stipulated Protective Order would enable Defendants to produce the complete administrative record to MSN and to Novartis (together with MSN the "private parties") in a manner consistent with the above obligations. Absent such a protective order, prior to production to the private parties, FDA would ordinarily need to redact from the administrative record any CCI, trade secrets, information protected by the Privacy Act, and/or information exempted from disclosure pursuant to 5 U.S.C. § 552(b). That approach would require significant agency time and resources while also limiting the private parties' access to information they may regard as material to their claims or defenses. Judges in this district routinely enter similar protective orders under comparable circumstances. *See, e.g.*, ECF No. 34, *Vanda Pharmaceuticals, Inc. v. FDA*, No. 1:23-cv-00280 (TSC) (D.D.C. Mar. 28, 2023).

For these reasons, the parties respectfully request that the Court enter the attached proposed Stipulated Protective Order.

August 22, 2024

*/s/ Catherine E. Stetson*
CATHERINE E. STETSON
SUSAN M. COOK
MARLAN GOLDEN
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5491
Facsimile: (202) 637-5910
cate.stetson@hoganlovells.com

*Attorneys for Novartis Pharmaceuticals Corporation*


*/s/ Chad Landmon*
CHAD LANDMON
(D.C. Bar No. 990347)
SUZANNE BASSETT
(D.C. Bar No. 888314688)
1401 Eye ("I") Street, N.W., Suite 800
Washington, DC 20005
(202) 783-3300
Fax: (202) 783-3535
clandmon@polsinelli.com
sbassett@polsinelli.com

COREY CASEY (pro hac forthcoming)
900 W. 48th Place, Suite 900
Kansas City, MO  64112
(816) 753-1000
Fax: (816) 753-1536
ccasey@polsinelli.com

*Attorneys for MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
 General

ARUN G. RAO
Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director

LISA K. HSIAO
Senior Deputy Director

HILARY K. PERKINS
Assistant Director

*/s/ Gabriel I. Schonfeld*
GABRIEL I. SCHONFELD
(D.C. Bar No. 155539)
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 353-1531
(202) 514-8742 (fax)
Gabriel.I.Schonfeld@usdoj.gov

*Attorneys for Defendants*