IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, ) ) ) )  *Plaintiff*, ) ) v. ) ) XAVIER BECERRA, in his official capacity as ) SECRETARY OF HEALTH AND HUMAN ) SERVICES, *et al.*, ) ) *Defendants*, ) ) and ) ) MSN PHARMACEUTICALS, INC., *et al.*, ) ) *Intervenor-Defendants*. ) ) | Civil Action No. 1:24-cv-02234-DLF  **ORAL HEARING REQUESTED** |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7(h), Plaintiff Novartis Pharmaceuticals Corporation respectfully requests this Court enter summary judgment in its favor and against Defendants and Intervenor-Defendants.

FDA acted unlawfully when it approved MSN's purported generic version of Novartis's drug product ENTRESTO® (sacubitril/valsartan). First, FDA rewrote the approved indication for the MSN product, contravening the agency's governing statute and binding regulations. Second, in greenlighting the MSN product, FDA allowed MSN to leave out critical safety instructions directing health care providers to use a modified dosing regimen in certain vulnerable patient populations, in disregard of FDA's own regulations. Finally, the MSN product does not have the

same active ingredients as ENTRESTO, in violation of both the statute and the agency's regulations. FDA's actions violate the Administrative Procedure Act (APA).

For these reasons and those provided in the accompanying memorandum, Novartis requests that this Court enter summary judgment in its favor, declare FDA's approval of MSN's ANDA and denial of Novartis's citizen petitions unlawful, and vacate the approval of MSN's product.

Respectfully submitted,

*/s/ Susan M. Cook*
Susan M. Cook (D.C. Bar No. 462978)
Catherine E. Stetson (D.C. Bar No. 453221)
Marlan Golden (D.C. Bar. No. 1673073)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5491
Facsimile: (202) 637-5910
susan.cook@hoganlovells.com

Dated: September 5, 2024   *Attorneys for Novartis Pharmaceuticals Corporation*