IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as SECRETARY FO HEALTH AND HUMAN SERVICES, and<br><br>ROBERT M. CALIFF, M.D. in his official capacity as COMMISSIONER OF FOOD AND DRUGS, FOOD AND DRUG ADMINISTRATION,<br><br>*Defendants,*<br><br>and<br><br>MSN PHARMACEUTICALS INC. and MSN LABORATORIES PRIVATE LIMITED,<br><br>*Intervenor-Defendants*. | Case No.: 1:24:cv:02234-DLF<br><br>**ORAL HEARING REQUESTED** |

**MSN'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7(h), Intervenor-Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited (collectively, "MSN") respectfully requests this Court enter summary judgment in its favor and against Plaintiff Novartis Pharmaceuticals Corporation.

For the reasons provided in the accompanying memorandum, MSN requests that this Court enter summary judgment in its favor.

98638797.2

Dated: September 16, 2024                    Respectfully submitted,

                                                 POLSINELLI PC

                                                 By:   /s/ Chad Landmon
                                                       CHAD LANDMON
                                                       (D.C. Bar No. 990347)
                                                       SUZANNE BASSETT
                                                       (D.C. Bar No. 888314688)
                                                       1401 Eye ("I") Street, N.W., Suite 800
                                                       Washington, DC 20005
                                                       (202) 783-3300
                                                       Fax: (202) 783-3535
                                                       clandmon@polsinelli.com
                                                       sbassett@polsinelli.com

                                                       COREY CASEY (admitted pro hac vice)
                                                       900 W. 48th Place, Suite 900
                                                       Kansas City, MO 64112
                                                       (816) 753-1000
                                                       Fax: (816) 753-1536
                                                       ccasey@polsinelli.com

                                                       KENDALL GURULE (admitted pro hac vice)
                                                       1401 Lawrence Street, Suite 2300
                                                       Denver, CO 80202
                                                       (303) 572-9300
                                                       Fax: (303) 527-7883
                                                       kgurule@polsinelli.com

*Attorneys for MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited*

## CERTIFICATE OF SERVICE

       This is to certify that on September 16, 2024, I served the foregoing with the Clerk of the Court using the CM/ECF System, which will send electronic notification of such filing to all counsel of record

                                                       /s/ Chad Landmon
                                                   *Attorney for MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited*