IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> *Plaintiff*, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as SECRETARY FO HEALTH AND HUMAN SERVICES, and <br><br> ROBERT M. CALIFF, M.D. in his official capacity as COMMISSIONER OF FOOD AND DRUGS, FOOD AND DRUG ADMINISTRATION, <br><br> *Defendants*, <br><br> and <br><br> MSN PHARMACEUTICALS INC. and MSN LABORATORIES PRIVATE LIMITED, <br><br> *Intervenor-Defendants*. | Case No.: 1:24:cv:02234-DLF |

## [PROPOSED] ORDER GRANTING MSN'S CROSS MOTION FOR SUMMARY JUDGMENT AND DENYING NOVARTIS'S MOTION FOR SUMMARY JUDGMENT

Upon consideration of Intervenor-Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited ("MSN's") Cross-Motion for Summary Judgment and Plaintiff Novartis Pharmaceuticals Corporation's ("Novartis's") Motion for Summary Judgment, the memoranda of points and authorities in support thereof and in opposition thereto, any arguments of counsel, and the entire record in this case, it is hereby:

**ORDERED** that MSN's Cross-Motion for Summary Judgment is **GRANTED**; and

**ORDERED** that summary judgment be **ENTERED** in favor of MSN and against Novartis on all claims raised in the Complaint; and it is further

98638795.3

**ORDERED** that Novartis's Motion for Summary Judgment is **DENIED**.

**SO ORDERED**, this ___ day of _____, 2024.

                                                    _____
                                                    Honorable Dabney L. Friedrich
                                                    United States District Judge