UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOVARTIS PHARMACEUTICALS
CORPORATION,

    *Plaintiff*,

  v.

XAVIER BECERRA, *et al.*,

    *Defendants*.

  and

MSN PHARMACEUTICALS INC., *et al.*,

    *Intervenor-Defendants.*

No. 22-cv-02234 (DLF)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendants' Cross Motion for Summary Judgment, Dkt. 43, and the intervenor-defendants' Cross Motion for Summary Judgment, Dkt. 46, are **GRANTED**. It is further

**ORDERED** that the plaintiff's Motion for Summary Judgment, Dkt. 38, is **DENIED**.

This is a final appealable order. The Clerk of Court is directed to close this case.

_____
DABNEY L. FRIEDRICH
United States District Judge

October 13, 2024